



# MEMORANDUM OPINION

No. 04-12-00276-CV

**IN THE INTEREST OF A.G.**, D.G.G., D.L., and A.L., Jr., Children

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0131-CV
Honorable Karin Bonicoro, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:  June 6, 2012

DISMISSED FOR LACK OF JURISDICTION

The clerk's record was filed in this appeal on May 3, 2012. It appears that the clerk's record was prepared based on a notice of appeal filed by the respondent parents challenging an associate judge's decision on an interlocutory order which seeks to appeal the decision to the referring district court. The clerk's record does not contain a final judgment or a notice of appeal to this court.

On May 4, 2012, we ordered the respondent parents to show cause why this appeal should not be dismissed for lack of jurisdiction. No response was filed. Accordingly, this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 25.1 (setting forth requirements for

perfecting an appeal in a civil case); TEX. R. APP. P. 42.3 (providing for involuntary dismissal of civil appeal for want of jurisdiction).

PER CURIAM